# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

130850

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DESHAWN DARELLE WITCHER,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130850
COA: 256562
Calhoun CC: 00-004624-FH

On order of the Court, the application for leave to appeal the February 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006

_____
Clerk

l0913